UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMOS WALTERS and LAURA FULLER,

    Plaintiffs,

    v.

SEATTLE SCHOOL DISTRICT NO. 1, a municipal corporation; THE SEATTLE TIMES, GLENN NELSON, d/b/a HOOPGURLZ.COM; and JOHN E. ELLIS,

    Defendants.

Case No. C08-264JLR

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFFS AMOS WALTERS and LAURA FULLER and on behalf of DEFENDANTS JOHN ELLIS and THE SEATTLE SCHOOL DISTRICT in the unopposed amount of $307.65.

Entered this   13th   day of JANUARY , 2009 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1